UNITED STATES of America, Plaintiff–Appellee

v.

Prince Artman LATOYA, Defendant–Appellant.

No. 07–20866.

United States Court of Appeals, Fifth Circuit.

Dec. 3, 2008.

James Lee Turner, Assistant U.S. Attorney, Eileen K. Wilson, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Jani J. Maselli, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, JOLLY, Circuit Judge, and CARDONE,* District Judge.

PER CURIAM: **

This court, having carefully reviewed the parties' briefs and pertinent portions of

---

* District Judge of the Western District of Texas, sitting by designation.

** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the record in light of the parties' oral arguments, concludes there is no error in the district court's rulings that have been challenged on appeal. We therefore affirm the judgment of the district court.

**AFFIRMED.**

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.